

**THE CITY OF NEW YORK**

| | **LAW DEPARTMENT** | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | 100 Church Street<br>NEW YORK, NY 10007 | **TRISTAN G. MONTAQUE**<br>*Assistant Corporation Counsel*<br>(212) 356-3504<br>tmontaqu@law.nyc.gov |

March 6, 2020

**BY ECF**
Honorable Steven Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Sabrina Novick v. The City of New York, et al., 19-CV-06795 (PKC)(ST)

Your Honor:

    I represent the defendant, The City of New York in this action.

    On March 3, 2020, this Court ordered plaintiff to provide a N.Y. C.P.L. §160.50 release by March 10, 2020, otherwise plaintiff and his counsel were directed to appear for an in person conference on March 17, 2020. Our office has now received plaintiff's signed §160.50 release. Accordingly, we respectfully request that the March 17, 2020, in-person conference be cancelled.

    Thank you for your consideration herein.

                                Respectfully submitted,

                                Tristan G. Montaque

cc:    Harold C. Baker (By ECF)