UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

SABRINA NOVICK,

          Plaintiff,

    -against-

THE CITY OF NEW YORK and STEPHEN MCCAIN-JOHN,

          Defendants.
----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

19-CV-6795 (PKC) (ST)

  **WHEREAS**, Plaintiff and Defendants City of New York and Stephen McCain-John (hereinafter "Defendants") have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

  1. The above-referenced action is hereby dismissed with prejudice against the Defendants; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
September 1, 2021

HAROLD C. BAKER, III
*Attorney for Plaintiff*
Law Office of Harold C. Baker
32 Court Street, Suite 507
Brooklyn, NY 11201

By: _____
Harold C. Baker, III
*Attorney for Plaintiff*

GEORGIA M. PESTANA
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street, Room 3-183
New York, New York 10007

By: _____
James R. Murray
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2021

2